IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| HOWARD JAMES CLEM IV | : |
|     Appellant | : |
| v. | :   Appeal Number 15-4331 |
| UNITED STATES OF AMERICA | : |
|     Appellee | : |

## MOTION FOR EXTENSION OF TIME TO FILE BRIEF

Howard James Clem IV, appellant, through his counsel Warren E. Gorman, requests this Honorable Court for an extension of time to file the initial brief and as reasons therefore, states as follows.

1. Counsel has completed the brief, but the joint appendix has not been completed. There is at least one exhibit to obtain from previous counsel.

2. There have been two prior requests for an extension.

3. Counsel will be out of town from November 8 to November 17, 2015.

4. Counsel requests a thirty (30) day extension.

5. The United States Attorney consents to the extension.

WHEREFORE, appellant Howard James Clem IV requests a thirty (30) day extension to complete the initial brief.

Respectfully submitted,

_____
Warren E. Gorman

216 North Adams Street
Rockville, Maryland 20850
301-424-0677
Wegorman@aol.com

Attorney for Appellant
 Howard James Clem IV

POINTS AND AUTHORITIES

The Rules of this Court.

_____
Warren E. Gorman

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ___6___ day of November, 2015, a copy of the foregoing was electronically served on:

Judson T. Mihok, Esquire
Leo Joseph Wise, Esquire

_____
Warren E. Gorman

2

IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

HOWARD JAMES CLEM IV              :

    Appellant                              :

v.                                              :   Appeal Number 15-4331

UNITED STATES OF AMERICA          :

    Appellee                               :

## ORDER

Upon consideration of the motion for extension of time to file brief, it is this _____ day of _____, 2015

ORDERED, that appellant is hereby granted a thirty (30) day extension of time to file the initial brief.

_____
JUDGE

cc:   Warren E. Gorman, Esquire
      Judson T. Mihok, Esquire
      Leo Joseph Wise, Esquire
      John Alexander Giannetti, Jr.