FILED: November 6, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-4331
(1:14-cr-00405-MJG-2)
_____

UNITED STATES OF AMERICA

 Plaintiff - Appellee

v.

HOWARD JAMES CLEM, IV, a/k/a Jamie, a/k/a h.clemiv81@yahoo.com

 Defendant - Appellant

_____

O R D E R

_____

The court defers consideration of the motion for an extension of time in which to file the opening brief and joint appendix pending receipt of the brief and joint appendix on or before December 3, 2015.

 For the Court--By Direction

 /s/ Patricia S. Connor, Clerk