FILED: November 19, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-4331
(1:14-cr-00405-MJG-2)
_____

UNITED STATES OF AMERICA

  Plaintiff - Appellee

v.

HOWARD JAMES CLEM, IV, a/k/a Jamie, a/k/a h.clemiv81@yahoo.com

  Defendant - Appellant

_____

O R D E R

_____

Appellant has filed a motion to exceed the length limitations established by this court's Local Rule 32(a) for the joint appendix.

The court grants appellant leave to file a joint appendix not to exceed approximately 1,200 pages.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk