FILED: December 31, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-4331
(1:14-cr-00405-MJG-2)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

HOWARD JAMES CLEM, IV, a/k/a Jamie, a/k/a h.clemiv81@yahoo.com

      Defendant - Appellant

_____

O R D E R
_____

The court grants the motion to extend filing time and extends the time for filing the reply brief to January 26, 2016.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk